UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCISCO GARCIA, et al, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MISSING SOCK LAUNDRY SERVICE LLC, et al.,<br><br>Defendants. | Case No.: 2:24-cv-08045-ES-LDW<br><br>**AMENDMENT TO**<br>**SETTLEMENT AGREEMENT** |

The parties hereby stipulate and agree that the Settlement Agreement And Release (ECF Doc. No. 32, Pgs. 5-26) is supplemented as follows:

> 10% of each Plaintiff's share of the Settlement Payment is hereby allocated as and for consideration for the general release provided for therein.


**HARRISON, HARRISON &**
**ASSOCIATES, LTD.**
Attorneys for Plaintiffs

By:___*David Harrison*_____
        DAVID HARRISON

Dated:  June 17, 2025


**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Attorneys for Defendants

By:____/s/ Richard Trenk_____
            RICHARD D. TRENK

Dated:  June 17, 2025